The State v. Martin.

---

THE STATE OF MISSOURI, Respondent, v. G. S. MARTIN, Appellant.

St. Louis Court of Appeals, December 20, 1892.

Practice, Appellate: FAILURE OF APPELLANT TO PAY FILING FEE. When the defendant in a criminal cause appeals, but fails to pay the clerk of this court the filing fee, and in consequence the cause is not docketed, the state may procure an affirmance of the judgment on the production of a certificate under the statute.

*Appeal from the Oregon Circuit Court.*—HON. J. F. HALE, Judge.

AFFIRMED.

ROMBAUER, P. J.—A judgment against defendant was rendered in this cause by the trial court February 26, 1891. On the next day succeeding, the defendant took an appeal, and caused a transcript of the record

to be prepared and sent to the clerk of this court, but he has at no time since paid the filing fee of $10, so as to entitle the cause to be docketed. The state now produces a certificate under the statute, and moves that the judgment be affirmed.

We think this motion must be sustained. Whatever the rule may be in civil cases, it is evident that in criminal cases a failure on part of the appellant to take all necessary steps to have the cause docketed is a failure to prosecute his appeal; any other view would postpone the hearing of these causes on appeal indefinitely, since the state has no funds wherewith to pay a docket fee, which the appellant should have paid, and the prosecuting attorney cannot be expected to advance the amount on his own risk. Judgment affirmed. All the judges concur.